**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DOUGLAS BORDLEMAY, on behalf of
Himself and all others similarly situated,

     Plaintiff,

     vs.                                    No. 1:21-cv-0019-WJ-LF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

## ORDER GRANTING STIPULATED DISMISSAL

THIS MATTER having come before the Court on the Stipulation of Dismissal Without

Prejudice, finds the motion is well taken. The Court hereby grants the motion to dismiss this case

without prejudice.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice and will be

closed.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

DOMINGUEZ LAW FIRM, LLC

By: /s/ *Paul M. Dominguez*
          Paul M. Dominguez
P.O. Box 10865
Albuquerque, NM  87184
Phone: (505) 850-5854
paul@dominguez.law
*Attorney for Plaintiff*


-and-


MILLER STRATVERT P.A.

By: /s/ *Todd A. Schwarz, with permission*
          Todd A. Schwarz
Post Office Box 25687
Albuquerque, NM 87125-0687
Telephone: (505) 842-1950
Facsimile: (505) 243-4408
tschwarz@mstlaw.com

and

RILEY SAFER HOLMES &CANCILA LLP

Joseph A. Cancila, Jr. (associated counsel)
James P. Gaughan (associated counsel)
Brenna M. Woodley (associated counsel)
70 West Madison Street, Suite 2900
Chicago, IL 60602
Tel.: (312) 471-8700
jcancila@rshc-law.com
jgaughan@rshc-law.com
bwoodley@rshc-law.com

*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*